UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20983-CR-MOORE

**UNITED STATES OF AMERICA,**

      Plaintiff(s),

vs.

**CARLOS DELANO CAMPBELL,**

      Defendant(s).
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Barry L. Garber's Report and Recommendation [58] on Defendant's Motion [38] to Dismiss Count Three of the Indictment and the Unnumbered Forfeiture Allegations issued January 18, 2008. After review of the record and Objections[59] thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Garber's Report and Recommendation issued January 18, 2008 is hereby **ADOPTED**. The Motion to Dismiss Count Three of the Indictment is hereby DENIED. Any claims regarding the forfeiture are DENIED inasmuch as such issue was not presented in defendant's Motion to Dismiss.

DONE AND ORDERED in Chambers at Miami, Florida this 23rd day of January, 2008.

                                        K. MICHAEL MOORE
                                        UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record