UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20983-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

CARLOS DELANO CAMPBELL,

    Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Barry L. Garber's Report and Recommendation [62] on Defendant's Motion [39] to Suppress Evidence issued January 22, 2008. After review of the record and Objections [65] thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Garber's Report and Recommendation issued January 22, 2008 is hereby **ADOPTED**. The Motion to Suppress is Granted in Part and Denied in Part as follows:

    1.    Those statements given by the defendant Campbell, in response to questions from law enforcement without the defendant having been given his *Miranda* warnings, and with the concurrence of the Government, be SUPPRESSED.

    2.    The remainder of the defendant's Motion is hereby DENIED.

DONE AND ORDERED in Chambers at Miami, Florida this 23rd day of January, 2008.

                          K. MICHAEL MOORE
                          UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record